GABRIELLE M. WIRTH - SBN 106492
wirth.gabrielle@dorsey.com
PAVLINA K. RAFTER - SBN 304181
rafter.pavlina@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone:  (714) 800-1400
Facsimile:   (714) 800-1499

Attorneys for Defendant
CANON INFORMATION TECHNOLOGY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEPHANIE NICOLE GONZALEZ-COLON, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRASCO, INC. d/b/a FRASCOPROFILES, CANON INFORMATION TECHNOLOGY SERVICES, INC, and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-04414<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>[Los Angeles Superior Court Case No. 25NNCV02482]<br><br>**DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Pavlina Rafter, Declaration of Brian Griggs and [Proposed] Order]<br><br>**DATE:** August 14, 2025<br>**TIME:** 10:00 A.M.<br>**PLACE:** United States Courthouse<br>350 West First Street<br>Los Angeles, CA 90012<br>Courtroom 8b, 8th Floor<br><br>Complaint Filed:  April 10, 2025<br>Trial Date: Not Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 14, 2025 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 8D of the above-entitled court located at 350 W 1st Street, Los Angeles, CA 90012-4565, before the Honorable Maame Ewusi-Mensah Frimpong, Defendant Canon Information Technology Services, Inc. ("Defendant" or "CITS") will, and hereby does, move this Court for an order dismissing the First Cause of Action in the Complaint filed by Plaintiff Stephanie Nicole Gonzalez-Colon ("Plaintiff"), without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(2) on the following grounds:

This Court lacks personal jurisdiction to decide Plaintiff's claim for Fair Credit Reporting Act ("FCRA") against CITS pursuant to Rule 12(b)(2) because Defendant CITS is not subject to California's general jurisdiction, nor can there be specific jurisdiction over Plaintiff's sole claim against CITS based on alleged wrongful conduct which occurred outside California.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Pavlina K. Rafter, the Declaration of Brian Griggs, the papers and records on file in this action, and such other written and oral arguments as may be presented to the Court at the hearing on this matter.

/ / /

/ / /

| | |
|---|---|
| 1 | This Motion is being made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 22, 2025 and May 23, 2025.  The parties were unable to resolve the issues raised herein.  See Declaration of Pavlina K. Rafter, ¶ 2. |

Dated: June 4, 2025                              DORSEY & WHITNEY LLP

By: */s/ Pavlina K. Rafter*
      Gabrielle M. Wirth
      Pavlina K. Rafter
      Attorneys for Defendant
      CANON INFORMATION
      TECHNOLOGY SERVICES, INC.

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Stephanie Nicole Gonzalez-Colon v. Frasco, Inc. D/B/A Frascoprofiles, Canon Information Technology Services, Inc*
United States District Court
Central District of California – Western Division
Case No.: 2:25−CV−04414

**DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I hereby certify on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED: June 4, 2025                              DORSEY & WHITNEY LLP

                                                 By: /s/Pavlina K. Rafter
                                                     Pavlina K. Rafter