| | |
|---|---|
| 1 | GABRIELLE M. WIRTH - SBN 106492 |
|   | wirth.gabrielle@dorsey.com |
| 2 | PAVLINA K. RAFTER - SBN 304181 |
|   | rafter.pavlina@dorsey.com |
| 3 | DORSEY & WHITNEY LLP |
|   | 600 Anton Boulevard, Suite 2000 |
| 4 | Costa Mesa, CA 92626 |
|   | Telephone:  (714) 800-1400 |
| 5 | Facsimile:   (714) 800-1499 |
| 6 | Attorneys for Defendant |
|   | CANON INFORMATION TECHNOLOGY SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| STEPHANIE NICOLE GONZALEZ-COLON, as an individual, | CASE NO. 2:25-CV-04414 |
| Plaintiff, | Hon. Maame Ewusi-Mensah Frimpong Courtroom 8B |
| v. | [Los Angeles Superior Court Case No. 25NNCV02482] |
| FRASCO, INC. d/b/a FRASCOPROFILES, CANON INFORMATION TECHNOLOGY SERVICES, INC, and DOES 1-10 inclusive, | **DECLARATION OF PAVLINA K. RAFTER IN SUPPORT OF DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants. | [Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Brian Griggs, and [Proposed] Order] |
| | **DATE:** August 14, 2025 |
| | **TIME:** 10:00 A.M. |
| | **PLACE:** United States Courthouse |
| | 350 West First Street |
| | Los Angeles, CA 90012 |
| | Courtroom 8b, 8th Floor |
| | Complaint Filed: April 10, 2025 |
| | Trial Date: Not Set |

## DECLARATION OF PAVLINA K. RAFTER

I, Pavlina K. Rafter, declare:

1. I am a Senior Attorney with the law firm of Dorsey & Whitney LLP, counsel of record for Defendant Canon Information Technology Services, Inc. ("Defendant" or "CITS") in this action. I submit this declaration in support of Defendant's Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the following facts, except as to those which are based upon information and belief, and could competently testify thereto if called upon to do so.

2. I met and conferred with Plaintiff's counsel, Devin Fok, regarding dismissal of the claims against CITS by telephone on May 5, 2025 and May 9, 2025. I further met and conferred with Mr. Fok regarding this Motion by telephone on May 22, 2025, and I followed up with an email on May 23, 2025. We were unable to resolve the jurisdictional issue raised in this Motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 4 day of June 2025, at Redondo Beach, California.

_____
Pavlina K. Rafter

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Stephanie Nicole Gonzalez-Colon v. Frasco, Inc. D/B/A Frascoprofiles, Canon Information Technology Services, Inc*
*United States District Court*
*Central District of California – Western Division*
*Case No.: 2:25−CV−04414*

**DECLARATION OF PAVLINA K. RAFTER IN SUPPORT OF DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I hereby certify on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED: June 4, 2025              DORSEY & WHITNEY LLP

                                 By: /s/Pavlina K. Rafter
                                     Pavlina K. Rafter