GABRIELLE M. WIRTH - SBN 106492
wirth.gabrielle@dorsey.com
PAVLINA K. RAFTER - SBN 304181
rafter.pavlina@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Defendant
CANON INFORMATION TECHNOLOGY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEPHANIE NICOLE GONZALEZ-COLON, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRASCO, INC. d/b/a FRASCOPROFILES, CANON INFORMATION TECHNOLOGY SERVICES, INC, and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-04414<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>[Los Angeles Superior Court Case No. 25NNCV02482]<br><br>**DECLARATION OF BRIAN GRIGGS IN SUPPORT OF DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Pavlina Rafter, and [Proposed] Order]<br><br>**DATE: August 14, 2025**<br>**TIME: 10:00 A.M.**<br>**PLACE: United States Courthouse**<br>**350 West First Street**<br>**Los Angeles, CA 90012**<br>**Courtroom 8b, 8th Floor**<br><br>Complaint Filed: April 10, 2025<br>Trial Date: Not Set |

# DECLARATION OF BRIAN GRIGGS

I, BRIAN GRIGGS, declare as follows:

1. I am a Vice-President at Canon Information Technology Services, Inc. ("CITS"), Defendant in the above-captioned action. I give this Declaration in support of the Motion to Dismiss filed by CITS based on my personal knowledge and could competently testify thereto if called upon to do so.

2. CITS is incorporated in Virginia. CITS has its headquarters and principal place of business at 850 Greenbrier Cir, Chesapeake, Virginia, 23320. CITS has never been incorporated in California and has never had its principal place of business or headquarters in California.

3. I am aware that the majority of CITS's corporate officers work in CITS's Chesapeake, Virginia office. Defendant also files its corporate income tax returns in the state of Virginia, and maintains the bulk of its corporate records in Virginia.

4. CITS does not lease, own, or operate any offices in California, nor does it have any operations or employees in California. Accordingly, CITS is not registered to do business in California. The large majority of CITS's roughly 267 employees work from its facilities in Chesapeake, Virginia or remotely from within Virginia. The remaining employees work remotely in one of the following states: Colorado, Florida, Georgia, Iowa, Illinois, Indiana, Louisiana, Massachusetts, North Carolina, New Mexico, New York, Ohio, South Carolina, Tennessee, Virginia or West Virginia, but report to other employees who work at CITS's offices in Virginia.

5. The CITS Employee Development & Talent Acquisition Specialist who requested the background check report from Defendant Frasco in connection with Plaintiff's application for employment with CITS is located in Chesapeake, Virginia. The CITS employees who evaluate job applications and background check reports, and who initiate the transmittal of pre-adverse action notices, are located in Virginia.

1  None of the CITS functions relevant to Plaintiff's job application or claims against
2  CITS took place in California.
3        6.    Based upon the employment application Plaintiff submitted to CITS in
4  or about April 8, 2023, Plaintiff was a resident of Tampa Florida at the time she
5  submitted her employment application.  The position for which she applied,
6  Representative, Tech Support I, is a position approved for remote work in Florida.
7  In order to be eligible for a remote role the successful candidate would need to reside
8  in any of Colorado, Florida, Georgia, Iowa, Illinois, Indiana, Louisiana,
9  Massachusetts, North Carolina, New Mexico, New York, Ohio, South Carolina,
10 Tennessee, Virginia, or West Virginia.
11       7.    No other previous Motion to Dismiss has been filed in or made to this
12 Court in the matter for the relief sought herein.

14 I declare under penalty of perjury under the laws of the United States of
15 America and the State of California that the foregoing is true and correct. Executed
16 this 4th day of June 2025, at Chesapeake, Virginia.

*/s/ Brian K. Griggs*
BRIAN GRIGGS

2
DECLARATION OF BRIAN GRIGGS ISO MOTION TO DISMISS
CASE NUMBER: 2:25-CV-04414

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Stephanie Nicole Gonzalez-Colon v. Frasco, Inc. D/B/A Frascoprofiles, Canon Information Technology Services, Inc*
United States District Court
Central District of California – Western Division
Case No.: 2:25−CV−04414

**DECLARATION OF BRIAN GRIGGS IN SUPPORT OF DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I hereby certify on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED: June 4, 2025            DORSEY & WHITNEY LLP

                               By: */s/Pavlina K. Rafter*
                                   Pavlina K. Rafter