GABRIELLE M. WIRTH - SBN 106492
wirth.gabrielle@dorsey.com
PAVLINA K. RAFTER - SBN 304181
rafter.pavlina@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone:   (714) 800-1400
Facsimile:    (714) 800-1499

Attorneys for Defendant
CANON INFORMATION TECHNOLOGY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEPHANIE NICOLE GONZALEZ-COLON, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRASCO, INC. d/b/a FRASCOPROFILES, CANON INFORMATION TECHNOLOGY SERVICES, INC, and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-04414<br><br>Hon. Maame Ewusi-Mensah Frimpong Courtroom 8B<br><br>[Los Angeles Superior Court Case No. 25NNCV02482]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Pavlina Rafter, Declaration of Brian Griggs, and [Proposed] Order]<br><br>**DATE:   August 14, 2025**<br>**TIME:   10:00 A.M.**<br>**PLACE:  United States Courthouse**<br>**              350 West First Street**<br>**              Los Angeles, CA 90012**<br>**              Courtroom 8b, 8th Floor**<br><br>Complaint Filed:  April 10, 2025<br>Trial Date: Not Set |

Defendant Canon Information Technology Services, Inc.'s ("Defendant" or "CITS") Motion to Dismiss Plaintiff Stephanie Nicole Gonzalez-Colon's ("Plaintiff") Complaint came on for hearing before the above-entitled Court on August 14, 2025 at 10:00 a.m.

After consideration of the papers, the record in this case, the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED THAT** the Motion to Dismiss Plaintiff Stephanie Nicole Gonzalez-Colon's Complaint against Defendant CITS is **GRANTED** and the First Cause of Action in the above-entitled action is **DISMISSED** against Defendant CITS, with prejudice, without leave to amend for the following reasons:

This Court lacks personal jurisdiction to decide Plaintiff's claim for Fair Credit Reporting Act ("FCRA") against CITS pursuant to Rule 12(b)(2) because Defendant CITS is not subject to California's general jurisdiction, nor can there be specific jurisdiction over Plaintiff's sole claim against CITS based on alleged wrongful conduct which occurred outside California.

**IT IS SO ORDERED.**

DATED: _____, 2025

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Stephanie Nicole Gonzalez-Colon v. Frasco, Inc. D/B/A Frascoprofiles, Canon Information Technology Services, Inc*
United States District Court
Central District of California – Western Division
Case No.: 2:25−CV−04414

**[PROPOSED] ORDER GRANTING DEFENDANT CANON INFORMATION TECHNOLOGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I hereby certify on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED:  June 4 2025                    DORSEY & WHITNEY LLP

                                        By:  */s/Pavlina K. Rafter*
                                              Pavlina K. Rafter