UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-04414-MEMF-E                                    Date: July 10, 2025

Title  <u>Stephanie Nicole Gonzalez-Colon v. Frasco, Inc. et al</u>

---

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order GRANTING Motion to Dismiss (ECF No. 11)**

On June 4, 2025, Defendant Canon Information Technology Services, Inc. filed a Motion to Remand. ECF No. 11 ("Motion"). Per this Court's operative Civil Standing Order, Plaintiff's opposition to the Motion was due on June 18, 2025. *See* Civil Standing Order § VIII.B ("[A]ll Motions must be filed in accordance with the following modified briefing schedule, **which differs from the timing of the Local Rules**: . . . Opposition: Must be filed no later than fourteen (14) days after the filing of the initial Motion.") (emphasis in original).[1] As of the date of this Order, Plaintiff has not filed an opposition to the Motion. Pursuant to this District's Local Rule 7-12, the Court deems Plaintiff's failure to oppose the Motion in compliance with this Court's Civil Standing Order consent to granting the Motion. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

/ / /

---

[1] The Court's operative Civil Standing Order is found on the Court's website at https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong.

On June 6, 2025, the Court ORDERED the parties that "[i]t is the responsibility of the parties to maintain familiarity with the Standing Order and any future amendments that the Court may issue by periodically checking the Court's website for the operative version of the Standing Order." ECF No. 14.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-04414-MEMF-E                                        Date: July 10, 2025

Title   _Stephanie Nicole Gonzalez-Colon v. Frasco, Inc. et al_

For the foregoing reason, the Court GRANTS the Motion and DISMISSES Defendant Canon Information Technology Services, Inc.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | DBE |